Commonwealth ex rel. Winchell, Appellant, *v.*
Cavell.

Submitted April 12, 1965. *Richard C. Winchell*, appellant, in propria persona; *W. Thomas Malcolm*, District Attorney, for appellee.
  Order affirmed.
  FLOOD, J., absent.